# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BERNICE T. DREDING, JR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CA 10-0613-CG-N |
| | ) |
| **SAMMY PITTS, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 17, 2010 (Doc. 4), is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 28th day of January, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE